Murray M. Sinclair (SBN 150389)
murray@murraysinclairlaw.com
MURRAY M. SINCLAIR & ASSOCIATES
1880 Century Park East, Suite 615
Los Angeles, CA 90067
Telephone: (310) 826-2700
Facsimile: (310) 826-2727

Attorneys for Defendants
*Matthew Franklin*, Special Administrator
for the Estate of Benjamin J. Franklin; and
*Ben Franklin Investment Company*, a
California General Partnership

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKLIN FAMILY PARTNERSHIP, L.P., a California Limited Partnership,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW FRANKLIN, Special Administrator for the Estate of Benjamin J. Franklin; BEN FRANKLIN INVESTMENT COMPANY, a California general partnership; ESTATE OF CHANG HO BAE; and DOES 1 to 10,<br><br>Defendants. | Case No. CV12-08060-PJW<br><br>**ORDER RE DISMISSAL OF ACTION**<br><br>[F.R.C.P. 41 (a) (1) (A)]<br><br>Magistrate Judge: Patrick J. Walsh<br>CR: 790 (Roybal Courthouse)<br>Complaint filed: 09/18/12<br>Trial date: 02/05/18 |

1
[PROPOSED] ORDER RE DISMISSAL OF ACTION

| | |
|---|---|
| 1 | WHEREAS, Plaintiff Franklin Family Partnership, L.P., a California Limited Partnership ("Franklin Family Partnership"), on the one hand, and Defendants Matthew Franklin, Special Administrator for the Estate of Benjamin J. Franklin; and Ben Franklin Investment Company, a California General Partnership (hereinafter, collectively, "BFIC"), on the other hand, have settled all disputes between them; and |

WHEREAS, Plaintiff Franklin Family Partnership, L.P., a California Limited Partnership ("Franklin Family Partnership"), on the one hand, and Defendants Matthew Franklin, Special Administrator for the Estate of Benjamin J. Franklin; and Ben Franklin Investment Company, a California General Partnership (hereinafter, collectively, "BFIC"), on the other hand, have settled all disputes between them; and

WHEREAS, on November 30, 2017, Franklin Family Partnership and BFIC, through their respective attorneys of record, filed a Stipulation For Dismissal (Doc # 51), pursuant to Rule 41 (a)(1)(A) of the Federal Rules of Civil Procedure, whereby said remaining parties stipulated to a dismissal with prejudice of all claims that they have or could have asserted against each other in this litigation, with each party to bear its own costs,

IT IS HEREBY ORDERED that this action is dismissed in its entirety.

DATED: December 4, 2017

By: _____
UNITED STATES MAGISTRATE JUDGE
PATRICK J. WALSH